IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN F. MCGINNIS, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-6484 |
| | : | |
| SOCIAL SECURITY | : | |
| ADMINISTRATION | : | |

## ORDER

AND NOW, this 26th day of June, 2019, upon consideration of Plaintiff John F. McGinnis, Jr.'s Brief and Statement of Issues, Defendant Social Security Administration's response thereto, McGinnis's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, McGinnis's objections, and the Administration's response to McGinnis's objections, it is ORDERED:

1.  McGinnis's objections to the Report and Recommendation (Document 27) are OVERRULED;

2.  The Report and Recommendation (Document 26) is APPROVED and ADOPTED;

3.  McGinnis's Request for Review (Document 20) is DENIED; and

4.  Judgment is entered in favor of the Commissioner by separate order, filed contemporaneously.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.